# UNITED STATES DISTRICT COURT
## District of Minnesota

Marlon Randolf Ceballos Rangel,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, and Ryan Shea,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00606-PJS-LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must release petitioner from custody immediately.
4. If petitioner has been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.
5. Respondents are ENJOINED from withholding petitioner's personal documents and effects upon petitioner's release.
6. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/29/2026

KATE M. FOGARTY, CLERK